UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE ESTATE OF COURTNEY B. REED
by and through LIBBEY BELL,
Personal Representative,

   Plaintiff,

v.                Case No. 8:07-cv-588-T-24-MSS

CHARLES B. WELLS, MANATEE COUNTY
SHERIFF'S OFFICE AND DEPUTY JOSHUA R.
FLEISCHER OF THE MANATEE COUNTY
SHERIFF'S OFFICE,

   Defendant.
_____/

**ORDER**

  This cause comes before the Court on Plaintiff's Motion to Dismiss Count II of Plaintiff's Complaint and Remand to State Court (Doc. No. 11). The parties in this action have stipulated to the dismissal of Count II of Plaintiff's complaint, and further stipulate to the remand of this action to state court.

  Accordingly, it is ORDERED AND ADJUDGED that:

  1. Plaintiff's motion to dismiss Count II of Plaintiff's complaint is **GRANTED**.

  2. Plaintiff's motion to remand to state court is **GRANTED**. The Court hereby remands this action to the 12th Judicial Circuit in and for Manatee County, Florida.

  **DONE AND ORDERED** at Tampa, Florida, this 25th day of June, 2004.

_____
                                                   SUSAN C. BUCKLEW
                                                   United States District Judge

Copies to:
Counsel of Record